UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

      - v. -                             :  SEALED
                                                                                INDICTMENT

ROBERTO MORALES,                        :  07 Cr.
    a/k/a "Roberto Moreno,"             :
                                        :  07 CRIM. 1132
                Defendant.            :

- - - - - - - - - - - - - - - - x



COUNT ONE

        The Grand Jury charges:

        1.  From in or about July 2006 through in or about December 2007, in the Southern District of New York, ROBERTO MORALES, a/k/a "Roberto Moreno," the defendant, unlawfully, wilfully, and knowingly transferred an identification document, authentication feature, and false identification document, knowing that such document and feature was stolen and produced without lawful authority, to wit, ROBERTO MORALES, a/k/a "Roberto Moreno," the defendant, sold, to a confidential informant working under the direction of agents from Immigration and Customs Enforcement, social security cards and resident alien cards that falsely appeared to be, but were not, issued by or under the authority of the United States.

        (Title 18, United States Code, Section 1028(a)(2).)

_____          _____
FOREPERSON                               MICHAEL J. GARCIA
                                         United States Attorney