CR 12 (Rev. 6/82)

WARRANT FOR ARREST

UNDER SEAL

**COPY**

U.S. DISTRICT COURT
FILED
DEC 19 2007
S.D. OF N.Y.
W.P.

# United States District Court

| DISTRICT |
|---|
| SOUTHERN DISTRICT OF NEW YORK |

| UNITED STATES OF AMERICA | DOCKET NO. | MAGISTRATE'S CASE NO. |
|---|---|---|
| v. | **07 CRIM. 1132** | |
| ROBERTO MORALES, a/k/a "Roberto Moreno" | | |

| | | | ROBERTO MORALES, a/k/a "Roberto Moreno" |
|---|---|---|---|
| WARRANT ISSUED ON THE BASIS OF: | ☐ Order of Court | | |
| X Indictment    ☐ Information    ☐ Complaint | | | DISTRICT OF ARREST |

| TO: ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY |
|---|---|

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Transferring Fraudulent Identification Documents

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 1028(a)(2) |
|---|---|---|

| | BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|---|
| ORDERED BY   MARK D FOX<br>Honorable ~~Lisa Margaret Smith~~ | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | | DATE ORDERED<br>12-12-07 |
| CLERK OF COURT<br>J. MICHAEL McMAHON, Clerk | (BY) DEPUTY CLERK<br>G. Mejia | | DATE ISSUED<br>12-12-07 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>12/12/2007 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>12/19/2007 | Kevin Laird, Special Agent | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.