

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 14, 2008

BY HAND

The Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

# MEMO ENDORSED

Re:   **United States v. Roberto Morales,** 07 Cr. 1132 (SCR)

Dear Judge Robinson:

With the consent of defense counsel, the Government respectfully requests that the time from February 15, 2008 through March 14, 2008, the date of the rescheduled conference, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). Defense counsel and the Government are attempting to reach a disposition of this case prior to trial.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
John P. Collins, Jr
Assistant United States Attorney
(914) 993-1919

*Time is excluded from 2/15 - 3/14 from the Speedy Trial Act calculation for the reasons above + it is the interests of justice.*

cc:   Susanne Brody, Esq. (by hand)

SO ORDERED:

_____
Hon. Stephen C. Robinson
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: