**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

# MEMO ENDORSED

March 12, 2008



**BY HAND**

The Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    <u>United States v. Roberto Morales</u>, 07 Cr. 1132 (SCR)

Dear Judge Robinson:

    With the consent of defense counsel, the Government respectfully requests that the time from March 14, 2008 through April 25, 2008, the date of the rescheduled conference, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). Defense counsel and the Government are attempting to reach a disposition of this case prior to trial.

*Time from March 14, 2008 through April 25, 2008 is excluded from the Speedy Trial Act calculation in the interests of justice and for the reasons set forth above.*

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney

By:     _____
    John P. Collins, Jr
    Assistant United States Attorney
    (914) 993-1919

cc:    Susanne Brody, Esq. (by hand)

SO ORDERED:



Hon. Stephen C. Robinson    3/12/08
United States District Judge