UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - x
                  :

UNITED STATES OF AMERICA    :

     - v. -         :

ROBERTO MORALES,        :
    a/k/a "Roberto Moreno,"  :

     Defendant.      :

- - - - - - - - - - - - - - - x

**SUPERSEDING
INFORMATION**

S1 07 Cr. 1132 (SCR)



U.S. DISTRICT COURT
FILED
MAR 2 6 2008
S.D. OF N.Y.
W.P.

### COUNT ONE

    The United States Attorney charges:

    1.  From in or about July 2006 through in or about December 2007, in the Southern District of New York, ROBERTO MORALES, a/k/a "Roberto Moreno," the defendant, unlawfully, wilfully, and knowingly transferred an identification document, authentication feature, and false identification document, knowing that such document and feature was stolen and produced without lawful authority, to wit, ROBERTO MORALES, a/k/a "Roberto Moreno," the defendant, sold, to a confidential informant working under the direction of agents from Immigration and Customs Enforcement, social security cards and resident alien cards that falsely appeared to be, but were not, issued by or under the authority of the United States.

    (Title 18, United States Code, Section 1028(a)(2).)

<u>COUNT TWO</u>

The United States Attorney further charges:

2.    On or about December 19, 2007, in the Southern District of New York, ROBERTO MORALES, a/k/a "Roberto Moreno," the defendant, the defendant, unlawfully, willfully, and knowingly possessed a book, magazine, periodical, film, videotape, computer disk, and other material that contained images of child pornography that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, ROBERTO MORALES, a/k/a "Roberto Moreno," the defendant, possessed two videos of child pornography on the hard drive of his computer.

(Title 18, United States Code, Section 2252A(a)(5)(B).)


MICHAEL J. GARCIA
United States Attorney


- 2 -