# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| ROBERTO MORALES,<br>a/k/a "Roberto Moreno," | : | S/07 CR. 1132 (SCR) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROBERTO MORALES, , a/k/a "Roberto Moreno," the above-named defendant, who is accused of violating Title 18, United States Code, Sections 1028 (a)(2) and 2252A(a)(5)(B), having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_Roberto Moreno_
Defendant.

_[signature]_
Counsel for Defendant.

Date: White Plains, New York
      March 26, 2008

