UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

ORDER ACCEPTING PLEA ALLOCUTION

S1 07 Cr. 1132 (SCR)

v.

Roberto Morales,

ROBINSON, J.

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated March 26, 2008, is approved and accepted.

The Clerk of the court is directed to enter the plea.

Date: _May 7, 2008_

SO ORDERED:

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE